# TIFFANY & BOSCO
### P.A.

**Dated: January 03, 2011**

2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

*Eileen W. Hollowell*
_____
**EILEEN W. HOLLOWELL**
**U.S. Bankruptcy Judge**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-10530

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br>Deed and Note Traders, L.L.C.<br>                 Debtors.<br>_____<br>Deutsche Bank National Trust Company, as Trustee<br>for Saxon Asset Securities Trust 2007-1<br>                 Movant,<br>          vs.<br><br>Deed and Note Traders, L.L.C.<br>Debtors; , Trustee.<br><br>                 Respondents. | No. 4:10-bk-03640-EWH<br><br>Chapter 11<br><br>O R D E R<br><br>(Related to Docket #1062)<br><br>Hearing Date:  December 22, 2010 |

  **IT IS HEREBY ORDERED** that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby terminated as to Movant with respect to that certain real

property which is subject of a Deed of Trust dated December 12, 2006, and recorded in the office of the

Pima County Recorder wherein Deutsche Bank National Trust Company, as Trustee for Saxon Asset

Securities Trust 2007-1 is the current beneficiary and Deed and Note Traders, L.L.C. have an interest in,

further described as:

Lot 38 of Catalina Highlands, according to the map of record in the office of the County Recorder of Pima County, Arizona 10 Book 37 of Maps and Plats at Page 97.

IT IS FURTHER ORDERED that this Order vacating the automatic stay imposed by U.S. Bankruptcy Court Code 362(a) shall be binding and effective in the event the Debtor converts this case to another chapter under the U.S. Bankruptcy Code.

IT IS FURTHER ORDERED that Movant is not bound by the terms of this or any other Confirmed Plan and sale of said property is not required to take place prior to confirmation of the Plan.