# TIFFANY & BOSCO
#### P.A.

**2525 EAST CAMELBACK ROAD**
**THIRD FLOOR**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Secured Creditor

10-20697

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Deed and Note Traders, L.L.C.<br><br>Debtor.<br>_____<br>PNC Mortgage, a division of PNC Bank, NA, fka National City Mortgage Co.; and BAC Home Loans Servicing, L.P. fka Countrywide Home Loans Servicing, L.P.<br><br>Secured Creditors,<br>vs.<br><br>Deed and Note Traders, L.L.C., Debtors; Trustee.<br><br>Respondents. | No. 4:10-bk-03640-EWH<br><br>Chapter 11<br><br>OBJECTION TO ORDER CONFIRMING DEBTOR'S PLAN OF REORGANIZATION DATED APRIL 2, 2010 AS MODIFIED BY FIRST MODIFICATION OF PLAN DATED DECEMBER 22, 2010 |

PNC Mortgage, a division of PNC Bank, NA, fka National City Mortgage Co., and BAC Home Loans Servicing, L.P. fka Countrywide Home Loans Servicing, L.P. (hereinafter "Secured Creditors"), by their attorneys, TIFFANY & BOSCO, P.A., hereby object to the Order Confirming Debtor's Plan of Reorganization Dated April 2, 2010 as Modified by First Modification of Plan Dated December 22, 2010 for the following reason:

The Debtor's Plan of Reorganization Dated April 2, 2010 as Modified by First Modification of Plan Dated December 22, 2010 does not address the following properties:

- 2219 S. Calle Zamora, Tucson, Arizona 85710

    This property was apparently destroyed completely by fire damage. Secured Creditor has not received the insurance proceeds and the plan makes no provision for this property and/or the distribution of the insurance proceeds.

- 5411 North Airway Drive, Tucson, Arizona 85750

    The treatment for this property was not dealt with in Debtor's Plan of Reorganization Dated April 2, 2010 as Modified by First Modification of Plan Dated December 22, 2010.

At the final hearing on December 22, 2010 this Court directed the Debtor to upload a proposed Order Confirming Plan. The Court further stated that all interested parties would have seven days within which to object to the proposed form of Order. While it appears the Court signed this Order on February 10, 2011, the Secured Creditors object within the timeline given by the Court for the limited purposes reflected herein.

WHEREFORE, Secured Creditors pray as follows:

(1) That the Order Confirming Debtor's Plan of Reorganization Dated April 2, 2010 as Modified by First Modification of Plan Dated December 22, 2010 be denied.

(2) For such other relief as this Court deems proper.

DATED this 17th day of February, 2011.

                                        Respectfully submitted,

                                        TIFFANY & BOSCO, P.A.

                                        BY  /s/ Leonard J. McDonald
                                                Leonard J. McDonald
                                                Attorneys for Secured Creditor

COPY of the foregoing mailed
February 17, 2011 to:

DEED AND NOTE TRADERS, L.L.C.
1302 N. ALVERNON WAY
TUCSON, AZ 85712

GERARD O'MEARA ALASKA SEABOARD PARTNERS, L.P.
GERARD R O'MEARA
GUST ROSENFELD, P.L.C.
1 S. CHURCH AVE.
SUITE 1900
TUCSON, AZ 85701-1627

AMERICA'S SERVICING COMPANY
C/O MCCALLA RAYMER, LLC
BANKRUPTCY DEPARTMENT
1544 OLD ALABAMA ROAD
ROSWELL, GA 30076

TRAVIS B. HILL
CARSON, MESSINGER, ELLIOTT, ET AL.
3300 N. CENTRAL AVE., #1900
PHOENIX, AZ 85012

DANIEL L. HULSIZER
CARSON MESSINGER PLLC
4808 NORTH 22ND STREET, SUITE 200
PHOENIX, AZ 85016

HILARY B. BONIAL
BRICE, VANDER LINDEN & WERNICK, PC
PO BOX 829009
DALLAS, TX 75382-9009

JESSICA R. KENNEY
MCCARTHY HOLTHUS LEVINE
8502 E. VIA DE VENTURA
SUITE 200
SCOTTSDALE, AZ 85258

AMERICAN HOME MORTGAGE SERVICING, INC., ITS ASSIGNEES AND/OR SUCCESSORS
C/O MCCARTHY, HOLTHUS, AND LEVINE
8502 E. VIA DE VENTURA, SUITE 200
SCOTTSDALE, AZ 85258

MATTHEW A. SILVERMAN
MCCARTHY HOLTHUS LEVINE
8502 E. VIA DE VENTURA
SUITE 200
SCOTTSDALE, AZ 85258

CITIBANK, N.A. AS INDENTURE TRUSTEE ON BEHALF OF THE HOLDERS OF BEAR STEARNS ARM TRUST 2007-2, MORTGAGE-BACKED NOTES, SERIES 2007-2
MILES, BAUER, BERGSTROM & WINTERS, LLP
C/O JEREMY T. BERGSTROM, ESQ.
2200 PASEO VERDE PARKWAY, SUITE 250
HENDERSON, NV 89052

BAC HOME LOANS SERVICING
7105 CORPORATE DRIVE
MAIL STOP PTX-209
PLANO, TX 75024

JOSEPHINE 1 SALMON
PITE DUNCAN, LLP
4375 JUTLAND DRIVE, SUITE 200
P.O. BOX 17933
SAN DIEGO, CA 92177-0933

KYLE 1 SHELTON
PITE DUNCAN LLP
4375 JUTLAND DRIVE, SUITE 200
PO BOX 17933
SAN DIEGO, CA 92177-0933

JEREMY T. BERGSTROM
MILES, BAUER, BERGSTROM & WINTERS, LLP
2200 PASEO VERDE PKWY
SUITE 250
HENDERSON, NV 89052

DENNIS J. CLANCY
RAVEN CLANCY & MCDONAGH PC
313 S CONVENT
TUCSON, AZ 85701

CANYON COMMUNITY BANK, N.A.
ALTFELD BATTAILE & GOLDMAN, P.C.
250 NORTH MEYER AVENUE
TUCSON, AZ 85701

CHASE HOME FINANCE LLC
MALCOLM CISNEROS
2112 BUSINESS CENTER DRIVE
SECOND FLOOR
IRVINE, CA 92612

KEVIN HAHN
MALCOLM & CISNEROS
2112 BUSINESS CENTER DR, 2ND FL
IRVINE, CA 92612

JASON 1 SHERMAN
PERRY & SHAPIRO, LLP
3300 N CENTRAL AVE STE 2200
PHOENIX, AZ 85012-2582

JPMORGAN CHASE BANK
C/O MALCOLM CISNEROS
2112 BUSINESS CENTER DRIVE
SECOND FLOOR
IRVINE, CA 92612

WELLS FARGO BANK, N.A. AS TRUSTEE OF WAMU MORTGAGE PASS-THROUGH
CERTIFICATES, SERIES 2005-PR4, ITS ASSIGNEES AND/OR SUCCESSORS
MALCOLM CISNEROS
2112 BUSINESS CENTER DRIVE
2ND FLOOR
IRVINE, CA 92612

BANK OF ARIZONA, N.A.
C/O MICHAEL M. NEAL, P.C.
110 S. CHURCH AVE., STE. 4298
TUCSON, AZ 85701

MICHAEL M. NEAL
MICHAEL M. NEAL, P.C.
110 S. CHURCH AVE., #4298
TUCSON, AZ 85701

SCOTT D. GIBSON
GIBSON, NAKAMURA & GREEN, PLLC
2329 N TUCSON BLVD
TUCSON, AZ 85716

|   | |
|---|---|
| 1 | DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE |
|   | MILES, BAUER, BERGSTROM & WINTERS, LLP |
| 2 | C/O JEREMY T. BERGSTROM, ESQ. |
|   | 220 PASEO VERDE PARKWAY, SUITE 250 |
| 3 | HENDERSON, NV 89052 |
| 4 | JEREMY T. BERGSTROM |
|   | MILES, BAUER, BERGSTROM & WINTERS, LLP |
| 5 | 2200 PASEO VERDE PKWY |
|   | SUITE 250 |
| 6 | HENDERSON, NV 89052 |
| 7 |  |
|   | DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR THE REGISTERED |
| 8 | HOLDERS OF MORGAN STANLEY ABS CAPITAL I INC. TRUST 2007-HE7 MORTGAGE PASS-THROUGH CERTIFICATES,SERIES 2007-HE7 |
| 9 | 1661 WORTHINGTON ROAD; SUITE 100 |
|   | P.O. BOX 24737 |
| 10 | WEST PALM BEACH, FL 33415 |
| 11 |  |
|   | RACHEL 1 DAPENA |
| 12 | PITE DUNCAN, LLP |
|   | 4375 JUTLAND DRIVE |
| 13 | SUITE 200 |
|   | SAN DIEGO, CA 92117 |
| 14 |  |
|   | DOS MATES, LLC |
| 15 | 250 N. MEYER AVENUE |
| 16 | TUCSON, AZ 85701 |
| 17 | CLIFFORD B ALTFELD |
|   | ALTFELD & BATTAILE P.C. |
| 18 | 250 N. MEYER AVE. |
|   | TUCSON, AZ 85701-1090 |
| 19 |  |
| 20 | BRIAN A PAINO |
|   | PITE DUNCAN LLP |
| 21 | 4375 JUTLAND DR #200 |
|   | PO BOX 17933 |
| 22 | SAN DIEGO, CA 92177-0933 |
| 23 | EMC MORTGAGE CORPORATION |
|   | C/O PITE DUNCAN LLP |
| 24 | 4375 JUTLAND DRIVE |
| 25 | SUITE 200 |
|   | PO BOX 17933 |
| 26 | SAN DIEGO, CA 92177-0933 |

| | |
|---|---|
| 1 | FLAGSTAR BANK, FSB. |
| 2 | MALCOLM CISNEROS |
| | 2112 BUSINESS CENTER DRIVE |
| 3 | SECOND FLOOR |
| | IRVINE, CA 92612 |
| 4 | |
| 5 | KEVIN HAHN |
| | MALCOLM & CISNEROS |
| 6 | 2112 BUSINESS CENTER DR, 2ND FL |
| | IRVINE, CA 92612 |
| 7 | |
| 8 | STEVEN M COX |
| | WATERFALL ECONOMIDIS CALDWELL ET AL |
| 9 | WILLIAMS CENTER EIGHTH FLOOR |
| | 5210 E WILLIAMS CR |
| 10 | TUCSON, AZ 85711 |

1  FLAGSTAR BANK, FSB.
2  MALCOLM CISNEROS
   2112 BUSINESS CENTER DRIVE
3  SECOND FLOOR
   IRVINE, CA 92612
4
5  KEVIN HAHN
   MALCOLM & CISNEROS
6  2112 BUSINESS CENTER DR, 2ND FL
   IRVINE, CA 92612
7
8  STEVEN M COX
   WATERFALL ECONOMIDIS CALDWELL ET AL
   WILLIAMS CENTER EIGHTH FLOOR
9  5210 E WILLIAMS CR
   TUCSON, AZ 85711
10
11 HSBC BANK USA, N.A., AS TRUSTEE ON BEHALF OF ACE SECURITIES CORP. HOME
   EQUITY LOAN TRUST AND FOR THE REGISTERED HOLDERS OF ACE SECURITIES CORP.
12 HOME EQUITY LOAN TRUST, SERIES 2007-WM2, ASSET BACKED PA
   1661 WORTHINGTON ROAD; SUITE 100
13 P.O. BOX 24737
   WEST PALM BEACH, FL 33415
14
15 HSBC MORTGAGE CORPORATION (USA), IT ASSIGNEES AND/OR SUCCESSORS
   C/O MCCARTHY, HOLTHUS & LEVINE
16 3636 NORTH CENTRAL AVENUE, STE. 1050
   PHOENIX, AZ 85012
17
18 HOME LOAN SERVICES, INC.
   C/O PITE DUNCAN, LLP
19 4375 JUTLAND DRIVE, SUITE 200
   P.O. BOX 17933
20 SAN DIEGO, CA 92177-0933
21 JOHN MUNIC ENTERPRISES
   C/O 1670 E RIVER ROAD, SUITE 124
22 TUCSON, AZ 85718
23 DENNIS A. ROSEN
   1670 E. RIVER ROAD, SUITE 124
24 TUCSON, AZ 85718-8900
25
26

DOUGLAS C. KENNEDY
C/O 1670 E RIVER ROAD, STE 124
TUCSON, AZ 85718

LITTON LOAN SERVICING, L.P.
MCCALLA, RAYMER, ET AL.
BANKRUPTCY DEPARTMENT
1544 OLD ALABAMA ROAD
ROSWELL, GA 30076

TRAVIS B. HILL
CARSON, MESSINGER, ELLIOTT, ET AL.
3300 N. CENTRAL AVE., #1900
PHOENIX, AZ 85012

DANIEL L. HULSIZER
CARSON MESSINGER PLLC
4808 NORTH 22ND STREET, SUITE 200
PHOENIX, AZ 85016

NATIONSTAR MORTGAGE
PO BOX 829009
DALLAS, TX 75382

ONEWEST BANK, FSB.
MALCOLM ~ CISNEROS
2112 BUSINESS CENTER DRIVE
SECOND FLOOR
IRVINE, CA 92612

OCWEN LOAN SERVICING, LLC
ATTN: CASHIERING DEPARTMENT
P.O. BOX 24781
WEST PALM BEACH, FL 33416-4781

TROY EMERSON LARKIN
PIMA COUNTY ATTORNEY'S OFFICE
32 N STONE AVE #2100
TUCSON, AZ 85701

PIMA COUNTY
C/O PIMA COUNTY ATTORNEY'S OFFICE
32 N. STONE AVE., STE. 2100
TUCSON, AZ 85701

WENDY ANN PETERSEN
PIMA COUNTY ATTORNEY'S OFFICE - CIVIL
32 N STONE AVE
TUCSON, AZ 85701

TERRI A. ROBERTS
PIMA COUNTY ATTORNEY'S OFFICE
32 N. STONE, #2100
TUCSON, AZ 85701-1412

NANCY J MARCH
DECONCINI MCDONALD YETWIN & LACY, P.C.
2525 E. BROADWAY BLVD., #200
TUCSON, AZ 85716

CAROLYN B. GOLDSCHMIDT
MONROE MCDONOUGH GOLDSCHMIDT & MOLLA
4578 N FIRST AVENUE #160
TUCSON, AZ 85718-5607

RIDGE 4 HOMEOWNERS ASSOCIATION
C/O MONROE MCDONOUGH GOLDSCHMIDT & MOLLA
4578 N. FIRST AVE., STE. 160
TUCSON, AZ 85718

SAXON MORTGAGE SERVICES, INC.
1270 NORTHLAND DR., STE. 200
MENDOTA HEIGHTS, MN 55120

SAXON MORTGAGE SERVICES, INC.
C/O MCCALLA RAYMER, LLC
BANKRUPTCY DEPARTMENT
1544 OLD ALABAMA ROAD
ROSWELL, GA 30076

SELECT PORTFOLIO SERVICING INC
PO BOX 65450
SALT LAKE CITY, UT 84165

SPECIALIZED LOAN SERVICING, LLC
8742 LUCENT BLVD, SUITE 300
HIGHLANDS RANCH,, CO 80129

SUNTRUST MORTGAGE, INC.
1001 SEMMES AVENUE
RICHMOND, VA 23224

THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE
2200 PASEO VERDE PKWY STE 250
HENDERSON, NV 89052

U.S. TRUSTEE
ELIZABETH C. AMOROSI
OFFICE OF THE U.S. TRUSTEE
230 NORTH FIRST AVENUE
SUITE 204
PHOENIX, AZ 85003

CHRISTOPHER J PATTOCK
OFFICE OF THE U.S. TRUSTEE
230 N. FIRST AVE., #204
PHOENIX, AZ 85003-1706

MARTY G. BAKER
THE COOPER CASTLE LAW FIRM, LLP
22601 N 19TH AVE #230
PHOENIX, AZ 85027

HOWARD A. CHOROST
HOWARD A. CHOROST, P.C.
21 E. SPEEDWAY BLVD.
TUCSON, AZ 85705

KIM RENE LEPORE
THE HOPP LAW FIRM, LLC
1366 E. THOMAS RD., #201
PHOENIX, AZ 85014

WELLS FARGO BANK, N.A.
C/O MCCALLA RAYMER, LLC
BANKRUPTCY DEPARTMENT
1544 OLD ALABAMA ROAD
ROSWELL, GA 30076

By: /s/ Heidi Nelson