DECONCINI MCDONALD YETWIN & LACY, P.C.
2525 EAST BROADWAY BLVD., SUITE 200
TUCSON, AZ 85716-5300
(520) 322-5000 (tel.)
(520) 322-5585 (fax)
Nancy J. March (AZ # 12802)
nmarch@dmyl.com
Attorneys for RMKM Family Ltd Partnership

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| In re: | In Proceedings Under Chapter 11 |
|---|---|
| DEED AND NOTE TRADERS, L.L.C., | NO. 4-10-bk-03640-EWH |
| Debtor. | **OBJECTION OF RMKM FAMILY LTD PARTNERSHIP TO ORDER CONFIRMING PLAN (Docket No. 1133)** |

RMKM Family Ltd Partnership ("RMKM"), secured creditor and party in interest in this Chapter 11 case, hereby objects to the <u>Order Confirming Debtor's Plan of Reorganization Dated April 2, 2010 as Modified by First Modification of Plan Dated December 22, 2010</u> (the "Plan") for the following reason:

RMKM objected to confirmation of the Plan because it was unable to determine the proposed treatment of its claim against the property located at 8054 S. Fenway, in Tucson, Arizona. RMKM understood that the proposed treatment would be set forth in the plan confirmation order and that it would have an opportunity to approve the form of order. Instead, the order was lodged with the Court without the necessary information, and without RMKM having been given the opportunity to review the order. The order was entered before RMKM had an opportunity to resolve the matter or file an objection.

RMKM submits that if it has been unable to determine the proposed treatment of its claim, there are other creditors, who are not represented by counsel, who are similarly not informed.

Accordingly, RMKM asks that the Court either revoke its Order confirming the Plan, or reconsider the Order to the extent it does not provide for treatment of one of RMKM's claims. RMKM further asks for the Court for such additional and other relief as it deems just and proper under the circumstances of this case.

DATED: February 17, 2011

DeCONCINI McDONALD YETWIN & LACY, P.C.
2525 E. Broadway Blvd., Suite 200
Tucson, Arizona 85716

By /s/ Nancy J. March
Nancy J. March
Attorneys for RMKM Family Ltd. Partnership

COPIES of the foregoing were
sent by electronic mail this 17th day
of February, 2011, to:

Scott D. Gibson                    sgibson@gnglaw.com
GIBSON NAKAMURA & GREEN, PLLC
2329 N. Tucson Blvd.
Tucson, AZ 85716
Attorneys for Debtor