LAW OFFICES
**GIBSON, NAKAMURA & GREEN, P.L.L.C.**
2329 N. TUCSON BLVD.
TUCSON, ARIZONA 85716
(520) 722-2600

Scott D. Gibson, SBN 007395
Kristen M. Green, SBN 019802
ecf@gnglaw.com
Attorneys for Debtor

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>DEED AND NOTE TRADERS, LLC,<br><br>Debtor. | In Proceedings Under<br>Chapter 11<br><br>NO. 4:10-bk-03640-EWH<br><br>**NOTICE OF LODGING ORDER** |

Notice is hereby given that the Debtor has lodged an Order Allowing Payment of Interim Compensation and Reimbursement of Costs, a copy of which is attached hereto.

DATED this 22nd day of February, 2011.

GIBSON, NAKAMURA & GREEN, P.L.L.C.


By: /s/ Scott D. Gibson (007395)
    Scott D. Gibson
    Kristen M. Green
    Attorneys for Debtor

DEED AND NOTE TRADERS\BK2\NO OF LODGING ORDER.doc
02/22/11 9:51 AM

LAW OFFICES
**GIBSON, NAKAMURA & GREEN, P.L.L.C.**
2329 N. TUCSON BLVD.
TUCSON, ARIZONA 85716
(520) 722-2600

Scott D. Gibson, SBN 007395
Kristen M. Green, SBN 019802
ecf@gnglaw.com
Attorneys for Debtor

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>DEED AND NOTE TRADERS, LLC,<br><br>Debtor. | In Proceedings Under<br>Chapter 11<br><br>NO. 4:10-bk-03640-EWH<br><br>**ORDER ALLOWING PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF COSTS**<br><br>PERIOD: December 1, 2010<br>THROUGH: December 31, 2010<br>FEES: $5,725.00<br>COSTS: $240.00 |

This matter having come before this Court pursuant to the Tenth Application of Attorneys for Debtor for Allowance and Payment of Interim Compensation and Reimbursement of Costs filed by Gibson, Nakamura & Green, P.L.L.C., and after notice, and good cause appearing;

THE COURT HEREBY FINDS that the fees requested are reasonable and have been earned by Gibson, Nakamura & Green, P.L.L.C.

DEED AND NOTE TRADERS\BK2\FEE APP ORDER –
DECEMBER 2010
02/22/11 9:48 AM

GIBSON, NAKAMURA & GREEN, P.L.L.C.
LAW OFFICES
2329 N. TUCSON BLVD.
TUCSON, ARIZONA 85716
(520) 722-2600

NOW, THEREFORE, IT IS HEREBY ORDERED that the law firm of Gibson, Nakamura & Green, P.L.L.C., is allowed interim compensation in the sum of $5,725.00, and reimbursement of costs in the sum of $240.00.

IT IS FURTHER ORDERED that the compensation may be paid from unencumbered funds of the Debtor.

**DATED AND SIGNED ABOVE**